IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03713-TPO

KIMBERLY REYES,
On behalf of herself and all others similarly situated,

Plaintiff,

v.

WAKEFIELD & ASSOCIATES, LLC,

Defendant.

---

**MINUTE ORDER**

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on December 5, 2025.**

Plaintiff's Notice of Voluntary Dismissal Without Prejudice [ECF 5] is self-effectuating, Fed. R. Civ. P. 41(a)(1)(A)(i), and this matter was dismissed without prejudice upon filing.

The Clerk of Court is directed to **close** the case.